DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KRISTIN ASHCROFT,**
Appellant,

v.

**DAVID ASHCROFT** and **SHARON ASHCROFT,**
Appellees.

No. 4D22-1228

[July 20, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312011DR001226.

Jordan B. Abromowitz of Abromowitz and Associates, Coral Gables, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***